# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT SPENCER,** | : | **CIVIL ACTION NO. 02-CV-4603** |
| Petitioner | : | |
| vs. | : | |
| **ROBERT W. MYERS, ET AL.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW,** this 10th day of February 2003, upon consideration of Petitioner's Motion for Extension of Time (Doc. 17), **IT IS HEREBY ORDERED AND DECREED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Petitioner shall file his objections within forty (40) days of the date of this order, on or before **Monday, March 24, 2003**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**