IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT SPENCER,** | : | CIVIL ACTION NO. 02-CV-4603 |
| | : | |
| Petitioner | : | |
| | : | |
| vs. | : | |
| | : | |
| **ROBERT W. MYERS, ET AL.,** | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW,** this 14th day of August 2003, upon consideration of Petitioner's Motion to Reopen Judgment pursuant to Federal Rule of Civil Procedure 60(d) (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**